

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| GABRIEL MARTIN DEL CAMPO, | § | No. 08-17-00012-CV |
| Appellant, | § | Appeal from the |
| v. | § | 383rd District Court |
| ELISA MARTIN DEL CAMPO, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 2011-CM001) |
| | § | |

## O R D E R

The Court GRANTS the Appellant's Motion for Extension of Time to Complete Mediation and ORDERS that the mediation process be extended until May 12, 2017. Upon completion of mediation, the parties are directed to comply with the instructions set forth in our order of February 2, 2017.

IT IS SO ORDERED this 13th day of April, 2017.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.